UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YVES SANON,

                            Plaintiff,

  -against-

DEPARTMENT OF HIGHER EDUCATION and
NCO FINANCIAL SYSTEMS,

                          Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV-4928 (SLT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2010
P.M.
TIME A.M.

      A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 18, 2010, granting defendants' motions to dismiss plaintiff's complaint; and dismissing plaintiff's complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motions to dismiss plaintiff's complaint are granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       March 19, 2010

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court